FILED

03/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0181

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0181

_____

IN RE THE MARRIAGE OF:

ALIA DAY FLOREN,

      Petitioner and Appellee,

  v.

O R D E R

JAVIER BAUTISTA-SCHEUBER,

      Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Javier Bautista-Scheuber, to all counsel of record, and to the Honorable Jason Marks, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 23 2022